FILED
2007 Mar-06 AM 11:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ALABAMA

## NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 07-PT-085-NW |
| ) | |
| JULIE GLAZE, ) | |
| ) | |
| Defendant. ) | |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on January 22, 2007; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant is indebted to Plaintiff in the principal sum of $7,747.59, court costs of $350.00 pursuant to 28 U.S.C. § 2412(a) (2), accrued interest of $551.39 through March 6, 2007 at the rate of 7.94 percent per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum, administrative charges of $.00, and costs of Process Service $110.00.

4. Plaintiff is due to recover from Defendant the total sum of $8758.98, plus interest from March 6, 2007, until date of judgment at the rate of 7.94 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

Done this the 6th day of March, 2007.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL NO.3:07CV00085RBP |
| | ) |
| JULIE GLAZE, | ) |
| | ) |
| | ) |
|     Defendant. | ) |

JUDGMENT BY DEFAULT

In accordance with the Findings and Conclusions entered contemporaneously herewith,

It is hereby ORDERED, ADJUDGED, and DECREED that the Plaintiff have and recover of Defendant the principal sum of $7,747.59, costs of Process Service $110.00, court costs of $350.00 pursuant to 28 U.S.C. § 2412(a) (2), interest of $551.39, and administrative charges of $.00 for a total amount due of $8758.98, plus interest from March 6, 2007, until date of judgment at the rate of 7.94 percent per annum. Interest shall accrue on the judgment at the prevailing legal rate per annum until paid in full, for which let execution issue.

It is further ORDERED by the Court that payment of the proceeds of the judgment and costs herein shall be made directly to the attorneys of record for the Plaintiff and that, upon receipt thereof, such attorneys will satisfy said judgment on the records of this Court.

The Clerk shall certify an Abstract of Judgment.

Done this the ___ day of _____ ,2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE